```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
TREASURY TWO TRUST,                            :
                Petitioner,    :
:    1:20-cv-04089-GHW
    -against-                              :
:    ORDER
TERAS BREAKBULK OCEAN NAVIGATION   :
ENTERPRISES LLC,                               :
:
                Respondent.    :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On May 28, 2020, Petitioner filed a petition to confirm an arbitration award. Dkt No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than July 8, 2020. Respondent's opposition is due no later than five weeks following service of Petitioner's moving papers. Petitioner's reply, if any, is due no later than two weeks following service of Respondent's opposition.

    Petitioners are directed to serve a copy of this order on Respondent by first-class and certified mail and to file proof of service.

    SO ORDERED.

Dated: May 31, 2020

                                                             _____
                                                             GREGORY H. WOODS
                                                          United States District Judge