UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TREASURY TWO TRUST,

                    Petitioner,                    20 **CIVIL** 4089 (GHW)

        -against-                           **JUDGMENT**

TERAS BREAKBULK OCEAN
NAVIGATION ENTERPRISE LLC,
                    Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 24, 2020, the petition to confirm the arbitration award is GRANTED. Judgment is entered in the amount of $2,150,140.24 plus prejudgment interested calculated at 9% per annum from September 30, 2019, in the amount of $174,426.45 with post-judgment interest calculated at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
          August 24, 2020

                                            **RUBY J. KRAJICK**

                                               **Clerk of Court**
                            **BY:**
                                              **Deputy Clerk**